THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE DURAND-RUEL, Appellant, v. JAMES L. WELLS et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Durand-Ruel* v. *Wells,* 92 App. Div. 622, affirmed.
(Argued November 16, 1904; decided December 6, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 5, 1904, which affirmed an order of Special Term confirming an assessment for taxation upon the capital of the relator, a non-resident, invested in business in this state.

*Frederic R. Coudert* and *Charles A. Conlon* for appellant.

*John J. Delany,* Corporation Counsel (*George S. Coleman* and *Curtis A. Peters* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARCHIBALD ROBINSON, Appellant, v. THOMAS STURGIS, Fire Commissioner of the City of New York, Respondent.

*People ex rel. Robinson* v. *Sturgis,* 90 App. Div. 606, appeal dismissed.
(Argued November 16, 1904; decided December 6, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 15, 1904, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant to restore the relator to duty in the fire department of the city of New York.

*Anthony J. Griffin* and *William W. Goodrich* for appellant.

*John J. Delany,* Corporation Counsel (*Theodore Connoly* and *W. B. Crowell* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.